AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Disability Rights Vermont
v.
State of Vermont, Department of Children and Families, Ken Schatz & Jay Simons

**JOINT WITNESS AND EXHIBIT LIST**

Case Number: 5:19-cv-106

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEYS |
|---|---|---|
| Geoffrey W. Crawford | Arthur Ruben & Zachary Hozid | David McLean & Kate Gallagher |
| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
| 10/22/2019 | Anne Henry | Pamela Lane |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **WITNESSES** |
| | 1 | 10/22/19 | | | Penny Sampson |
| | 2 | 10/22/19 | | | Monica Hutt |
| | | | | | |
| | | | | | **EXHIBITS** |
| 1 | | 10/22/19 | X | X | DCF's Responses to First Requests to Produce (10/18/19) |
| | A | 10/22/19 | X | X | Woodside Policy Drafts (10/1/19) |
| | D | 10/22/19 | X | X | Woodside Unit Conversion-Therapy Suite (10/21/19) |
| | E | 10/22/19 | X | X | Memo re: North Unit closure (10/10/19) |