UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| DISABILITY RIGHTS VERMONT | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:19-cv-106 |
| | ) | |
| STATE OF VERMONT, DEPARTMENT | ) | |
| FOR CHILDREN AND FAMILIES, | ) | |
| KEN SCHATZ, COMMISSIONER, | ) | |
| in his official capacity, | ) | |
| JAY SIMONS, WOODSIDE JUVENILE | ) | |
| REHABILITATION CENTER DIRECTOR, | ) | |
| in his official capacity. | ) | |
|     Defendants. | ) | |

**STIPULATED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

The parties hereby request that the Court approve the attached Settlement Agreement and retain jurisdiction over this matter in accordance with the terms therein. In addition to the attached Settlement Agreement, the parties also submit the final policies that were implemented during the course of this litigation and that address issues raised in Plaintiff's Complaint.

WHEREFORE the parties request the Court approve the Settlement Agreement.

DATED at Montpelier, Vermont, this 20th day of March 2020.

                                                  DISABILITY RIGHTS VERMONT

                              By:    */s/ Zachary Hozid*
                                                  Zachary Hozid, Esq.
                                                  Disability Rights Vermont
                                                  141 Main Street, Suite 7
                                                  Montpelier, VT 05602
                                                  zachary@disabilityrightsvt.org

STATE OF VERMONT

THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

By: */s/ David McLean*
David McLean
Kate T. Gallagher
Assistant Attorneys General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-1101
David.McLean@vermont.gov
Kate.Gallagher@vermont.gov

Counsel for Defendants
Department for Children and Families
Ken Schatz, official capacity
Jay Simons, official capacity