INDEX TO EXHIBITS

Exhibit A       Fully Executed Settlement Agreement (March 18, 2020)

Exhibit B       Woodside Settlement Agreement Exhibit A (March 18, 2020)

Exhibit C       Fully Executed General Release (March 18, 2020)

Exhibit D       Woodside Juvenile Rehabilitation Center Policy 301 (January 27, 2020)

Exhibit E       Woodside Juvenile Rehabilitation Center Policy 302 (January 27, 2020)

Exhibit F       Woodside Juvenile Rehabilitation Center Policy 509 (March 12, 2020)