# EXHIBIT B

## Exhibit A: Criteria for Review by DAIL

<u>Compliance with Emergency Safety Interventions</u>:

Pursuant to Section 2 of the Settlement Agreement in DRVT v. DCF, for each Emergency Safety Intervention that occurs at Woodside, DAIL shall determine whether:

a.  documentation established that an Emergency Safety Situation (See Policy 509) existed at the time the Intervention was implemented;

b.  mechanical interventions were or were not used;

c.  the Woodside Director or his or her designee assigned one individual as a primary leader to coordinate the Emergency Safety Physical Intervention;

d.  the Woodside Director or his or her designee assigned one individual to monitor the intervention and that person was physically present throughout the duration of the intervention;

e.  the Woodside Director or his or her designee called 911 for support and immediate transport to the emergency department when the Emergency Safety Physical Intervention exceeded 15 minutes;

f.  seclusion was only used when other Emergency Safety Interventions have been tried or determined to be ineffective;

g.  the Woodside Director or his or her designee assigned a monitor to be physically present in or immediately outside the seclusion room and that person continually assessed and monitored the well-being of the resident in seclusion;

h.  if the youth was in seclusion for a cumulative duration of more than 30 minutes in a 24-hour period due to self-harming behavior, the youth was transferred to the emergency department;

i.  if the youth was in seclusion for a cumulative duration of more than three hours in a 24-hour period for any reason, the youth was transferred to the emergency department.