U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

NITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2020 OCT -5  PM 4: 27

CLERK

BY_____

DEPUTY CLERK

DISABILITY RIGHTS VERMONT,  )
    Plaintiff,  )
      )
      )
    v.  )    Case No. 5:19-cv-106
      )
STATE OF VERMONT, DEPARTMENT  )
FOR CHILDREN AND FAMILIES,  )
KEN SCHATZ, COMMISSIONER,  )
in his official capacity,  )
JAY SIMONS, WOODSIDE JUVENILE  )
REHABILITATION CENTER DIRECTOR,  )
in his official capacity,  )
    Defendants.  )

## STIPULATION OF DISMISSAL

The parties in the above captioned matter, through respective counsel, hereby stipulate

that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff dismisses any and all claims and

matters against the Defendants in this matter with prejudice with each party to bear its own costs.

DATED at Montpelier, Vermont this 5th day of October 2020

By:    /s/Arthur J. Ruben
    Arthur J. Ruben
    Zachary Hozid
    Disability Rights Vermont
    141 Main Street, Suite 7
    Montpelier, VT  05602
    (802) 229-1355
    aj@disabilityrightsvt.org
    zachary@disabilityrightsvt.org

    Counsel for Plaintiff

DATED at Montpelier, Vermont, this 5th day of October 2020.

STATE OF VERMONT

THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

By: */s/ Kate T. Gallagher*
David McLean
Kate T. Gallagher
Assistant Attorneys General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-1101
David.McLean@vermont.gov
Kate.Gallagher@vermont.gov

Counsel for Defendants the
Department for Children and Families,
Ken Schatz, in his official capacity, and
Jay Simons, in his official capacity

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 5th day of October, 2020.

*/s/* Geoffrey W. Crawford
Chief Judge, U. S. District Court